UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RANDY KEELEY,<br><br>Plaintiff,<br><br>vs.<br><br>OPERATING ENGINEERS' LOCAL 324 PENSION FUND, ET AL.,<br><br>Defendants. | 22-10149<br><br>HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: March 28, 2022